**IT IS ORDERED as set forth below:**



Date:  February 13, 2018

_____

W. Homer Drake
U.S. Bankruptcy Court Judge

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | |
|---|---|
| IN RE: <br><br> SONY SANTIAGO GUERRA, <br>      Debtor | CASE NO: 17-12432-WHD <br><br> CHAPTER 13 |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br>      Movant <br><br> v. <br><br> SONY SANTIAGO GUERRA, <br>      Debtor <br><br> MELISSA J. DAVEY, <br>      Trustee <br><br> Respondents | CONTESTED MATTER |

**ORDER MODIFYING THE AUTOMATIC STAY**

A motion for relief from automatic stay of 11 U.S.C. § 362 was filed December 7, 2017 (Doc. No. 14) by Federal National Mortgage Association, for itself, its successors and assigns ("Movant"), who contends it is the holder of a Security Deed encumbering Debtor's property

known as 1020 Illges Road, Columbus, GA 31906 (the "Property"). The Motion came before this Court for hearing on February 1, 2018, upon Notice of Assignment of Hearing, which Movant contends was properly served to each party in interest. At the call of the calendar there was no opposition to the relief sought. It is hereby

**ORDERED** that the automatic stay of 11 U.S.C. § 362 is modified only to the extent necessary for Movant, its successors and assigns, servicers, agents and attorneys to commence foreclosure proceedings against the Property, pursuant to applicable state law, and to assert any or all of its respective rights under applicable state law as to the property. It is further

**ORDERED** that Rule 4001(a)(3) is hereby waived and Movant may immediately proceed with foreclosure. It is further

**ORDERED** that Debtor's plan is modified to provide that the payment of the Movant's claim shall no longer be provided for under 11 U.S.C. § 1322(b)(5) and that the trustee shall cease funding the same claim upon entry of the order and therefore Rule 3002.1 is no longer applicable. It is further

**ORDERED** that any funds remaining after sale and application to the lawful debt due Movant shall be paid promptly to the Trustee.

A copy of this Order shall be mailed to the persons identified on the Distribution List attached hereto.

**END OF DOCUMENT**

Order prepared by:

/s/ Mallory Velten
Mallory Velten (GA. Bar No. 726971)
Attorney for Movant
Brock & Scott, PLLC
4360 Chamblee Dunwoody Rd. Suite 310
Atlanta, GA 30341
Phone: 404-789-2661
gabkr@brockandscott.com


No opposition

/s/ Jonathan Adams
Jonathan Adams (GA Bar No. 979073)
Staff Attorney for the Chapter 13 Trustee
Suite 200
260 Peachtree Street NW
Atlanta, GA 30303

# DISTRIBUTION LIST

Sony Santiago Guerra
126 Jasmine Lane
LaGrange, GA 30241

Michael A. Gorove
1 Jefferson Street
Newnan, GA 30263

Melissa J. Davey
Suite 200
260 Peachtree Street NW
Atlanta, GA 30303

U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Spring Street, SW
Atlanta, GA 30303

Mallory Velten
Brock & Scott, PLLC
4360 Chamblee Dunwoody Rd. Suite 310
Atlanta, GA 30341